IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00018-RPM-OES

UNITED STATES OF AMERICA, *ex rel.*
BRENDA MARCH,

Plaintiff,

v.                                                            **FILED UNDER SEAL**

COCHLEAR AMERICAS, INC., and
COCHLEAR LIMITED,

Defendants.

---

**ORDER GRANTING UNITED STATES' MOTION FOR
PARTIAL LIFTING OF THE SEAL**

---

Upon consideration of the motion of the United States for a partial lifting of the seal in this action [31],

**IT IS HEREBY ORDERED** that the seal be lifted for the following pleadings: (1) the relator's amended complaint, dated January 10, 2007, (2) the United States' Motion to Lift Seal, (3) the United States' Voluntary Dismissal Pursuant to Rule 41(a)(1)(I), (4) the United States' Motion to Reopen Administratively Closed Case, and (5) this Order partially lifting the seal. All other contents of this civil action file shall remain under seal.

**DATED** this 8th day of June, 2010.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge